JS-6

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 233634
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6595
    Facsimile: (213) 894-7177
    E-mail: Jennifer.Resnik@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$185,810.00 IN U.S. CURRENCY,<br><br>    Defendant.<br>_____<br><br>ELIAS CRUZ VILLA AND GLORIA CAMPOS,<br><br>    Claimants. | NO. CV 12-06387 MMM (JCGx)<br><br>[~~PROPOSED~~] CONSENT JUDGMENT OF FORFEITURE |

   This action was filed on July 25, 2012.  Notice was given and published in accordance with law.  Claimants Elias Cruz Villa and Gloria Campos ("Claimants") filed the only claims to

1

the defendant $185,810.00 in U.S. currency (the "defendant currency"), which was seized on or about May 3, 2011.  No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired.  Plaintiff and Claimants have reached an agreement that is dispositive of the action.  The parties have requested that the Court enter this Consent Judgment of Forfeiture.

**WHERE, IT IS ORDERED, ADJUDGED AND DECREED:**

A.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.   The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

C.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than Claimants are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D.   The United States of America shall have judgment as to $179,810.00 of the defendant currency, together with all interest earned by the government on that amount of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein.

E.   $6,000.00 of the defendant currency, together with all interest earned by the government on that amount since seizure, shall be paid to Claimants no later than sixty (60) days from the date of entry of this judgment, through their attorney, Jacek Lentz, by electronic transfer directly into the account entitled "Jacek Lentz Attorney-Client Trust Account."  Claimants

agree to provide the appropriate financial institution account information with 10 days of execution of this consent judgment. Said payment shall be subject to applicable federal law.

F. Claimants have released the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the Claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise. Nothing in this proposed consent judgment is intended as, nor should anything in this proposed consent judgment be interpreted as an admission by claimants of any liability or wrongdoing.

G. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: September 10, 2014     _____
                              THE HONORABLE MARGARET M. MORROW
                              UNITED STATES DISTRICT JUDGE

3